THE PEOPLE OF THE STATE OF NEW YORK v. JACK BARNET.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling. Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PERLMUTTER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MOLLIE PESSELLO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.·

HARRY GORDON and Another v. S. PARKER BREMER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

MOE SARAGA v. HOWARD G. STRAUSS.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JOHN A. THULMAN v. GROSVENOR NICHOLAS & Co., INC.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

GROVER C. HUPPEL v. SYLVIA GARGIULO, Doing Business, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

BETTY WEINSTEIN v. CRESCENT KNITTING CORPORATION.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

PINCUS FENSTER v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

JACOB FENSTER v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

163 EAST 36TH STREET CORPORATION v. JULIAN T. MAYER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE STATE BANK v. MAX BERGER, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ALFRED BASCH v. ABRAHAM L. BUSCHMAN and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

RACHEL L. PASINSKY and Others v. HARRY PITTEL and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE HACKENSACK TRUST COMPANY v. HUDSON TRUST COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

DAVID WASSER v. LEON JAFFESS.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.